Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL RIELAND | ) | |
| | ) | |
| Plaintiff, | ) | U.S. District Court Case |
| | ) | No. _____ (___) |
| vs. | ) | |
| | ) | |
| RANDOLPH KENNEDY, | ) | |
| | ) | Alaska Superior Court |
| Defendant. | ) | Case No. 3AN-06-5506 CI |

NOTICE OF REMOVAL

To:  Mr. Paul Rieland
     c/o Blaine D. Gilman, Esq.
     Robertson, Monagle & Eastaugh, P.C.
     150 N. Willow Street, Suite 33
     Kenai, Alaska  9999611

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Randolph Kennedy, by and through his attorneys, Guess & Rudd P.C., has removed the above-captioned action to the United States District Court for the District of Alaska.  Removal is supported by the following facts:

1.   Plaintiff commenced this action in the Alaska District Court, Third Judicial District at Anchorage, on February 15, 2006.  Randolph Kennedy is the defendant in plaintiff's state court action.  Plaintiff served defendant on March 10, 2006, by certified mail.  Diversity exists between plaintiff Paul Rieland and defendant Randolph Kennedy.  This Notice of Removal is filed within 30 days of the date upon which it was first ascertained that this action was removable as required by 28 U.S.C. § 1446(b).  Copies of all pleadings and orders served upon defendant Randolph Kennedy in the state court action are filed herewith, pursuant to 28 U.S.C. § 1446(a).  <u>See</u> Pleadings and Orders attached hereto to Notice of Compliance.

2.   Defendant Randolph Rieland is a citizen of the State of Texas.

3.   Plaintiff is a citizen of the State of Alaska.

4.   The amount in controversy in the above-captioned state action exceeds $75,000.  This action seeks damages for negligence.  The Complaint expressly seeks damages in the amount of $100,000.00, which is in excess of the $75,000 jurisdictional threshold.  <u>See</u> Complaint at p. 2 (Prayer for Relief).

5.   This court has original jurisdiction in this action by virtue of 28 U.S.C. § 1441(a), in that there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  <u>See</u> 28 U.S.C. § 1332.

For the foregoing reasons, Defendant Randolph Rieland requests that this court assume full jurisdiction over the cause herein as provided by law.

DATED at Anchorage, Alaska, this 31st day of March, 2006.

                        GUESS & RUDD P.C.
                        Attorneys for Defendant Randloph Kennedy

                        By:   <u>   S/Gary A. Zipkin        </u>
                              Guess & Rudd P.C.
                              510 L Street, Suite 700
                              Anchorage, Alaska  99501
                              Phone: 907-793-2200
                              Fax:   907-793-2299
                              Email: gzipkin@guessrudd.com
                              Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.


By:   S/Gary A. Zipkin   


F:\DATA\6039\1\pleading\01 notice of removal-fedeal.doc