```
Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL RIELAND ) | | |
| ) | | |
| Plaintiff, ) | U.S. District Court Case | |
| ) | No. _____ (\_\_\_) | |
| vs. ) | | |
| ) | | |
| RANDOLPH KENNEDY, ) | | |
| ) | Alaska Superior Court | |
| Defendant. ) | Case No. 3AN-06-5506 CI | |
| ) | | |

NOTICE OF FILING NOTICE OF REMOVAL

```
To:  Paul Rieland
     c/o Blaine Gilman, Esq.
     Robertson, Monagle & Eastaugh
     150 North Willow Street, Suite 33
     Kenai, Alaska 99611
```

   PLEASE TAKE NOTICE that on the 31st day of March, 2006, defendant Randolph Kennedy, by and through his attorneys, Guess & Rudd P.C., filed with the Clerk of the United States District court for the District of Alaska a Notice of Removal of the

action entitled <u>Paul Rieland v. Randolph Kennedy</u>, Case No. 3AN-06-5506 CI, a copy of which is hereby served upon you.

DATED at Anchorage, Alaska, this 31st day of March, 2006.

GUESS & RUDD P.C.
Attorneys for Defendant Randloph Kennedy

By: _____S/Gary A. Zipkin_____
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone: 907-793-2200
Fax:   907-793-2299
Email: gzipkin@guessrudd.com
Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.

By:   S/Gary A. Zipkin

F:\DATA\6039\1\pleading\01-D notice of filing notice of removal.doc