Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL RIELAND,<br><br>          Plaintiff,<br><br>vs.<br><br>RANDOLPH KENNEDY<br><br>          Defendant. | U.S. District Court Case<br>No. _____ (___)<br><br><br>Alaska Superior Court<br>Case No. 3AN-06-5506 CI |

### VERIFICATION FOR NOTICE OF REMOVAL

| | |
|---|---|
| STATE OF ALASKA        ) | |
|                        ) ss. | |
| THIRD JUDICIAL DISTRICT) | |

   Gary A. Zipkin, being of lawful age and being first duly sworn, deposes and says that he has executed the above Notice of Removal, that he has read the same, and that the matters therein set forth are true to the best of his knowledge, information, and belief, and that he has signed the same freely and voluntarily.

VERIFICATION FOR NOTICE OF REMOVAL (USDC)
Rieland v. Kennedy; U.S.D.C. Case No. _____ (___)
Page 1 of 2

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

_____
Gary A. Zipkin

SUBSCRIBED AND SWORN TO before me, a notary public, this 31st day of March, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 11-16-08

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

F:\DATA\6039\1\pleading\01 verification-federal.doc

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

VERIFICATION FOR NOTICE OF REMOVAL (USDC)
Rieland v. Kennedy; U.S.D.C. Case No. _____ (___)
Page 2 of 2