Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| PAUL RIELAND | ) | |
|---|---|---|
| Plaintiff, | ) | U.S. District Court Case |
| | ) | No. _____ (___) |
| vs. | ) | |
| | ) | |
| RANDOLPH KENNEDY, | ) | |
| | ) | Alaska Superior Court |
| Defendant. | ) | Case No. 3AN-06-5506 CI |
| | ) | |

NOTICE OF COMPLIANCE

Pursuant to 28 U.S.C. §§ 1446(a) and 1447(b), defendant Randolph Kennedy, by and through his attorneys, Guess & Rudd P.C., lists all records and proceedings filed in the state action, and attaches copies of those pleadings as follows:

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

NOTICE OF COMPLIANCE   (USDC)
Rieland v. Kennedy; U.S.D.C. Case No. _____ (___)
Page 1 of 2

|   | Date    | Document            |
|---|---------|---------------------|
|1. | 2/15/06 | Complaint           |
|2. | 2/15/06 | Demand for Jury Trial |
|3. | 2/24/06 | Summons             |

DATED at Anchorage, Alaska, this 31st day of March, 2006.

```
                          GUESS & RUDD P.C.
                          Attorneys for Defendant Randloph Kennedy

                    By:        S/Gary A. Zipkin
                          Guess & Rudd P.C.
                          510 L Street, Suite 700
                          Anchorage, Alaska  99501
                          Phone: 907-793-2200
                          Fax:   907-793-2299
                          Email: gzipkin@guessrudd.com
                          Alaska Bar No. 7505048
```

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
electronically on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.

By:   S/Gary A. Zipkin

F:\DATA\6039\1\pleading\01-F notice of compliance.doc

NOTICE OF COMPLIANCE (USDC)
Rieland v. Kennedy; U.S.D.C. Case No. _____ (___)
Page 2 of 2

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299