IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

PAUL RIELAND              )
                          )
    Plaintiff,             )
                          )
vs.                       )
                          )
RANDOLPH KENNEDY,         )
                          )
    Defendant.            )
_____) Case No.: 3AN-06-5506 CI

COMPLAINT

COMES NOW Plaintiff, Paul Rieland, by and through Robertson, Monagle & Eastaugh, and for his complaint states and alleges as follows:

1. At all material times, Plaintiff, Paul Ricland, was a citizen of the State of Alaska residing in Anchorage, Alaska.

2. At all material times, based upon information and belief, the Defendant, Randolph Kennedy, was a citizen of the State of Texas.

3. On March 5, 2004, Paul Rieland was a driver involved in an automobile accident at the intersection of Karluk and 15th in Anchorage, Alaska. Plaintiff's motor vehicle was struck from behind by a motor vehicle driven by Defendant, Randolph Kennedy.

4. Defendant, Randolph Kennedy, owes a duty to other drivers on public roads to control and operate his motor vehicle in a safe manner and consistent with applicable traffic regulations.

5. Defendant, Randolph Kennedy, breach his duty owed to other drivers by carelessly and negligently driving to fast for the icy conditions and with such lack of attention collided with Defendant's vehicle.

COMPLAINT, Page 1 of 2

6. As a direct and proximate cause of this breach, Plaintiff, Paul Rieland has suffered physical injury, medical expenses, pain and suffering, loss of enjoyment of life and other losses in excess of $100,000, the exact amount to be proven a trial.

WHEREFORE, Plaintiff prays for the following relief:

a. A judgment against Defendant, Randolph Kennedy, in an amount in excess of $100,000, the exact amount to be proven at trial;

b. For costs, prejudgment interest and Civil Rule 82 attorney fees; and

c. For such further relief as may be deem just and equitable.

Dated this 15th day of February, 2006.

Robertson, Monagle & Eastaugh
Attorneys For Plaintiff

By: _____
Blaine D. Gilman, ABA #:8611112

COMPLAINT. Page 2 of 2