IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

PAUL RIELAND                )
                            )
         Plaintiff,         )
                            )
vs.                         )
                            )
RANDOLPH KENNEDY,           )
                            )
         Defendant.         )
_____) Case No.: 3AN-06-5506 CI

## DEMAND FOR JURY TRIAL

Plaintiff, Paul Rieland, by and through Robertson, Monagle & Eastaugh, demands trial by jury in the above-entitled action.

Dated this 15th day of February, 2006.

                                              Robertson, Monagle & Eastaugh
                                              Attorneys For Plaintiff

                              By: _____
                                    Blaine D. Gilman, ABA #: 8611112

ROBERTSON, MONAGLE & EASTAUGH, P.C.
130 NORTH WILLOW STREET, SUITE 33
KENAI, ALASKA 99611
PHONE (907) 283-2600   FAX (907) 283-2009