IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA

AT __ANCHORAGE__

PAUL RIELAND,

          Plaintiff(s),

vs.

RANDOLPH KENNEDY,

          Defendant(s).

CASE NO. 3AN-06- 5506( (

SUMMONS

To Defendant: __Randolph Kennedy__

You are hereby summoned and required to file with the court an answer to the complaint which accompanies this summons. Your answer must be filed with the court at __825 West 4th Avenue, Anchorage, AK  99501__ within 20
(address)

days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, Blaine Gilman of Robertson, Monagle & Eastaugh whose address is: __150 N. Willow St., Suite 33, Kenai, AK  99611__.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

[X] This case has been assigned to Superior Court Judge __Hearson__

[ ] This case has been assigned to District Court Judge_____

[ ] This is a District Court case and will be assigned to an available judge.

(SEAL)                                    CLERK OF COURT

__2/24/06__                               By: __G. Hanson__
Date                                           Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer.

CIV-100 (3/87)(st.3)
SUMMONS                                          Civil Rules 4, 5, 12, 55