```
Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL RIELAND | ) | |
| | ) | |
| Plaintiff, | ) | U.S. District Court Case |
| | ) | No. _____ (___) |
| vs. | ) | |
| | ) | |
| RANDOLPH KENNEDY, | ) | |
| | ) | Alaska Superior Court |
| Defendant. | ) | Case No. 3AN-06-5506 CI |
| | ) | |

SERVICE LIST

Defendant Randolph Kennedy, by and through his attorneys, Guess & Rudd P.C., hereby provides the following service list of all parties, including counsel of record, with addresses and telephone numbers, in order to facilitate mailings and telephone calls by the clerk's office of this court:

| PARTY | COUNSEL OF RECORD |
|---|---|
| Paul Rieland | c/o Blaine D. Gilman, Esq.<br>Robertson, Monagle & Eastaugh<br>150 North Willow Street, Suite 33<br>Anchorage, Alaska  99611<br>Alaska Bar No. 8611112<br>PHONE:    283-2600<br>FAX:      283-2009<br>E-MAIL:   bdgilman@ptialaska.net |
| Randolph Kennedy | c/o Gary A. Zipkin, Esq.<br>Guess & Rudd P.C.<br>510 L Street, Suite 700<br>Anchorage, Alaska 99501<br>Alaska Bar No. 7505048<br>PHONE:    793-2200<br>FAX:      793-2299<br>E-MAIL:   gzipkin@guessrudd.com |

    DATED at Anchorage, Alaska, this 31st day of March, 2006.

                              GUESS & RUDD P.C.
                              Attorneys for Defendant Randloph Kennedy

                              By:      S/Gary A. Zipkin
                                    Guess & Rudd P.C.
                                    510 L Street, Suite 700
                                    Anchorage, Alaska  99501
                                    Phone: 907-793-2200
                                    Fax:   907-793-2299
                                    Email: gzipkin@guessrudd.com
                                    Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
electronically on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.


By:    S/Gary A. Zipkin


F:\DATA\6039\1\pleading\01-E service list.doc