```
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| PAUL RIELAND, | ) | |
|---|---|---|
| Plaintiff, | ) | U.S. District Court Case |
| | ) | No. _____ (___) |
| vs. | ) | |
| | ) | |
| RANDOLPH KENNEDY, | ) | |
| | ) | Alaska Superior Court |
| Defendant. | ) | Case No. 3AN-06-5506 CI |
| | ) | |

<u>DEMAND FOR JURY TRIAL</u>

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, defendant Randolph Kennedy, by and through his attorneys, Guess & Rudd P.C., hereby demands trial of this action by jury on all issues so triable.

DATED at Anchorage, Alaska, this 31st day of March, 2006.

                                    GUESS & RUDD P.C.
                                    Attorneys for Defendant Randloph Kennedy

                                  By:    S/Gary A. Zipkin
                                        Guess & Rudd P.C.
                                        510 L Street, Suite 700
                                        Anchorage, Alaska  99501
                                        Phone: 907-793-2200
                                        Fax:   907-793-2299
                                        Email: gzipkin@guessrudd.com
                                        Alaska Bar No. 7505048

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

F:\DATA\6039\1\pleading\03 mcb jury demand-federal.doc

DEMAND FOR JURY TRIAL (USDC)
Rieland v. Kennedy; Case No. _____ (___)
Page 2 of 2