Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL RIELAND | ) | |
| | ) | |
| Plaintiff, | ) | U.S. District Court Case |
| | ) | No. _____ (___) |
| vs. | ) | |
| | ) | |
| RANDOLPH KENNEDY, | ) | |
| | ) | Alaska Superior Court |
| Defendant. | ) | Case No. 3AN-06-5506 CI |
| | ) | |

ENTRY OF APPEARANCE

Guess & Rudd P.C., attorneys for defendant Randolph Kennedy, hereby enters its appearance in the above-captioned action, and requests that all pleadings filed in this action be served on it at 510 L Street, Suite 700, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 31st day of March, 2006.

                GUESS & RUDD P.C.
                Attorneys for Defendant Randloph Kennedy

        By:     S/Gary A. Zipkin
                Guess & Rudd P.C.
                510 L Street, Suite 700
                Anchorage, Alaska  99501
                Phone: 907-793-2200
                Fax:   907-793-2299
                Email: gzipkin@guessrudd.com
                Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
31st day of March, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.


By:   S/Gary A. Zipkin

F:\DATA\6039\1\pleading\04 mcb entry of appearance-federal.doc

ENTRY OF APPEARANCE (USDC)
Rieland v. Kennedy; Case No. _____ (___)
Page 2 of 2