```
Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL RIELAND | ) | |
| | ) | |
| Plaintiff, | ) | U.S. District Court Case |
| | ) | 3:06-CV-00073 TMB |
| vs. | ) | |
| | ) | |
| RANDOLPH KENNEDY, | ) | |
| | ) | Alaska Superior Court |
| Defendant. | ) | Case No. 3AN-06-5506 CI |
| | ) | |

CORRECTED ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April, 2006, a copy of Kennedy's Answer was served by mail on:

```
Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611
```

   DATED at Anchorage, Alaska, this 28th day of April,

2006.

         GUESS & RUDD P.C.
         Attorneys for Defendant Randolph Kennedy


       By: ____S/Gary A. Zipkin____
         Guess & Rudd P.C.
         510 L Street, Suite 700
         Anchorage, Alaska  99501
         Phone: 907-793-2200
         Fax:   907-793-2299
         Email: gzipkin@guessrudd.com
         Alaska Bar No. 7505048


<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
28th day of April, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.


By:___S/Gary A. Zipkin___

F:\DATA\6039\1\pleading\07 Corrected Cert Serv.doc