Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| PAUL RIELAND | ) | |
| | ) | |
| Plaintiff, | ) | U.S. District Court Case |
| | ) | 3:06-CV-00073 TMB |
| vs. | ) | |
| | ) | |
| RANDOLPH KENNEDY, | ) | |
| | ) | Alaska Superior Court |
| Defendant. | ) | Case No. 3AN-06-5506 CI |
| | ) | |

ERRATA

      Randolph Kennedy, by and through his attorneys, Guess & Rudd P.C., hereby files an Errata to his Notice of Removal dated March 31, 2006, to correct the misstated name of defendant Kennedy (p. 2, ¶¶1 and 2, p. 3, last paragraph: Randolph Kennedy, not Randolph Rieland) and misspelling of defendant Kennedy's first name (p. 3, signature block: Randolph, not Randloph).

      A Corrected Notice of Removal is being filed concurrently with the Errata.

      DATED at Anchorage, Alaska, this 3rd day of May, 2006.

      GUESS & RUDD P.C.
      Attorneys for Defendant Randolph Kennedy

By:     S/Gary A. Zipkin
    Guess & Rudd P.C.
    510 L Street, Suite 700
    Anchorage, Alaska  99501
    Phone: 907-793-2200
    Fax:   907-793-2299
    Email: gzipkin@guessrudd.com
    Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
3rd day of May, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.


By:   S/Gary A. Zipkin


F:\DATA\6039\1\pleading\08 Errata - Fedeal.doc

ERRATA
Rieland v. Kennedy; 3AN-06-5506 CI
Page 2 of 2