Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh
150 North Willow, Suite 33
Kenai, Alaska 99611
Phone: (907) 283-2600
Fax:   (907) 283-0860
Email: bdgilman@ptialaska.net

Attorneys for Plaintiff

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L. Street, Suite 700
Anchorage, Alaska 99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
Email: gzipkin@guessrudd.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL RIELAND,            ) | |
| )                        | |
| Plaintiff,     ) | |
| )                        | |
| vs.                      ) | |
| )                        | |
| RANDOLPH KENNEDY,        ) | |
| )                        | |
| Defendant.     ) | |
| )                        | Case No.: 3:06-cv-00073-TMB |

## **SCHEDULING AND PLANNING CONFERENCE REPORT**

1.    **Meeting.**  In accordance with F.R.Civ.P. 26(f), a meeting was held on the 15th day of

May, 2006 and was attended by:

    Blaine D. Gilman, Esq.        attorney for plaintiff, Paul Rieland.

    Molloy C. Brown, Esq.        attorney for Defendant, Randolph Kennedy

2.    **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P.26(a)(1):

SCHEDULING AND PLANNING CONFERENCE REPORT, Page 1 of 5

ROBERTSON, MONAGLE & EASTAUGH, P. C.
150 NORTH WILLOW STREET, SUITE 33
KENAI, ALASKA 99611
PHONE (907) 283-2600  FAX (907) 283-2009

_____ have been exchanged by the parties.

✓ will be exchanged by the parties by June 1, 2006.

Proposed changes to disclosure requirements:  NA

Preliminary witness lists

_____ have been exchanged by the parties.

✓ will be exchanged by the parties by June 1, 2006.

3.     **Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

   1)  causation of damages; and

   2) damages.

4.     **Discovery Plan.**  The parties jointly propose to the court the following discovery plan.

   A.     Discovery will be needed on the following issues:

      1)  causation of damages; and

      2)  damages.

   B.     All discovery commenced in time to be completed by February 5, 2007 ("discovery close date").

   C.     Limitations on Discovery.

      1. Interrogatories

         ✓ No change from F.R.Civ.P.33(a).

         _____ Maximum of _____ by each party to any other party.

         Response due in _____ days.

      2. Requests for Admissions.

ROBERTSON, MONAGLE & EASTAUGH, P. C.
150 NORTH WILLOW STREET, SUITE 33
KENAI, ALASKA 99611
PHONE (907) 283-2600  FAX (907) 283-2009

✓ No change from F.R.Civ.P.36(a).

_____ Maximum of _____ requests.

Responses due in _____ days

3. Depositions.

✓ No change from F.R.Civ.P.36(a),(d).

_____ Maximum of _____ depositions by each party.

Depositions not to exceed ____ hours unless agreed to by all parties.

D.    Reports from retained experts.

_____ Not later than 90 days before the close of discovery subject to F.R.Civ.P. 26(a)(2)(C).

✓ Reports due:

From Plaintiff: January 5, 2007      From Defendant: January 19, 2007

E.    Supplementation of disclosures and discovery responses are to be made:

_____ Periodically at 60-day intervals from the entry of scheduling and planning order.

✓ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

_____ 45 days prior to the close of discovery.

✓ Not later than February 5, 2007.  No new names will be added that were not previously disclosed absent a showing of good cause and with the opportunity for opposing counsel to name additional witnesses.

ROBERTSON, MONAGLE & EASTAUGH, P. C.
150 NORTH WILLOW STREET, SUITE 33
KENAI, ALASKA 99611
PHONE (907) 283-2600  FAX (907) 283-2009

5.    **Pretrial Motions.**

_____ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c).

_____ Motions to amend pleadings or add parties to be filed not later than _____

_____ Motions under the discovery rules must be filed not later than _____

_____ Motions in limine and dispositive motions must be filed not later than _____

6.    **Other Provisions.**

A.    _____ The parties do not request a conference with the court before the entry of the scheduling order.

_____ The parties request a scheduling conference with the court on the following issue(s):

B.    Alternative Dispute Resolution. [D.Ak. LR 16.2]

_____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

_____ The parties will file a request for alternative dispute resolution not later than November 1, 2006.

_____ Mediation              _____ Early Neutral Evaluation

C.    The parties _____ do _____ not consent to trial before a magistrate judge.

D.    Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1.

_____ All parties have complied.    _____ Compliance not required by any party.

7.    **Trial.**

A.    The matter will be ready for trial:

ROBERTSON, MONAGLE & EASTAUGH, P. C.
150 NORTH WILLOW STREET, SUITE 33
KENAI, ALASKA 99611
PHONE (907) 283-2600  FAX (907) 283-2009

_____ 45 days after the discovery close date.

_____ not later than _____

B.    This matter is expected to take 7 days to try.

C.    Jury Demanded _____ Yes _____ No

Right to jury trial disputed?    _____ Yes _____ No

Dated this 15th day of May, 2006.

> Robertson, Monagle & Eastaugh
> Attorneys for Plaintiff
>
> By:    _Blaine D. Gilman_
> Blaine D. Gilman, ABA #: 8611112
> 150 North Willow, Suite 33
> Kenai, Alaska 99611
> Phone (907) 793-2200
> Fax    (907) 283-2009
> Email bdgilman@ptialaska.net

Dated this 18 day of May, 2006.

> Guess & Rudd
> Attorneys for Defendant
>
> By:    _Gary A. Zipkin_
> Gary A. Zipkin, ABA #: 7505048
> 510 L Street, Suite 700
> Anchorage, Alaska 99501
> Phone (907) 793-2200
> Fax    (907) 793-2299
> Email gzipkin@guessrudd.com

ROBERTSON, MONAGLE & EASTAUGH, P. C.
150 NORTH WILLOW STREET, SUITE 33
KENAI, ALASKA 99611
PHONE (907) 283-2600  FAX (907) 283-2009