Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL RIELAND            )<br>                         )<br>        Plaintiff,     )<br>                         )<br>vs.                      )<br>                         )<br>RANDOLPH KENNEDY,        )<br>                         )<br>        Defendant.       )<br>_____) | U.S. District Court Case<br>3:06-CV-00073 TMB |

RANDOLPH KENNEDY'S PRELIMINARY WITNESS LIST

Randolph Kennedy, by and through his attorneys, Guess & Rudd P.C., hereby lists the following witnesses he intends to call at trial:

1. Sallie Briggs
   3510 El Pas Alto
   Vista, California 92084
   Phone:  Unknown

Ms. Briggs is expected to testify regarding Mr. Kennedy's use of her vehicle and, to the extent it is relevant or admissible, the insurance applicable to that vehicle.

    2.    John Duddy, M.D.
          2741 DeBarr Road
          Anchorage, Alaska 99508
          Phone:  (907) 278-8141

Dr. Duddy is expected to testify regarding his examination and treatment of Mr. Rieland.

    3.    Randolph Kennedy
          c/o Guess & Rudd P.C.
          510 L. Street, Suite 700
          Anchorage, Alaska 99517
          Phone:  (907) 793-2200
          (Attorney/Client Privilege applies)

Mr. Kennedy will testify regarding his knowledge of the subject accident.

    4.    Paul Rieland
          c/o Blaine D. Gilman
          Robertson, Monagle & Eastaugh
          150 North Willow Street, Suite 33
          Kenai, Alaska 99611
          Phone:  (907) 283-2600

Mr. Rieland is expected to testify regarding his knowledge of the subject accident and his alleged damages.

    5.    All witnesses listed in Plaintiff's Preliminary Witness List.

6. Pursuant to the court's Scheduling and Planning Order, any and all expert witnesses.

7. Additional witnesses disclosed in the course of discovery.

DATED at Anchorage, Alaska, this 1st day of June, 2006.

GUESS & RUDD P.C.
Attorneys for Defendant Randolph Kennedy

By: ___S/Gary A. Zipkin___
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, Alaska  99501
Phone: 907-793-2200
Fax:   907-793-2299
Email: gzipkin@guessrudd.com
Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
1st day of June, 2006, a copy
of the foregoing document was served
by mail on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
150 North Willow Street, Suite 33
Kenai, Alaska 99611

Guess & Rudd P.C.

By:___S/Gary A. Zipkin___

F:\DATA\6039\1\pleading\11 Preliminary Witness List.doc