Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh
150 North Willow, Suite 33
Kenai, Alaska 99611
Phone: (907) 283-2600
Fax:   (907) 283-2009
Email: bdgilman@ptialaska.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL RIELAND,           )<br>                         )<br>        Plaintiff,     )<br>                         )<br>vs.                      )<br>                         )<br>RANDOLPH KENNEDY,        )<br>                         )<br>        Defendant.       )<br>_____) | Case No.: 3:06-cv-00073-TMB |

NOTICE OF CHANGE OF ADDRESS

Please be advised that Blaine D. Gilman of Robertson, Monagle & Eastaugh moved his office and his new office address is:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh
100 North Willow Street
Kenai, Alaska 99611
Phone: (907) 283-2600
Fax:   (907) 283-2009

Dated this 10th day of August, 2006.

Robertson, Monagle & Eastaugh
Attorneys for Plaintiff

By: _____
Blaine D. Gilman, ABA #: 8611112
150 North Willow, Suite 33
Kenai, Alaska 99611
Phone (907) 283-2600
Fax (907) 283-2009
Email  bdgilman@ptialaska.net

I certify that on the 10th day of August, 2006 a copy of the Plaintiff's Notice of Change of Address was served electronically on Gary A. Zipkin, Esq. at gzipkin@guessrudd.com, kwaggoner@guessrudd.com, and by U.S. mail to:

Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, Alaska 99501

_____
Tonda Sutton

ROBERTSON, MONAGLE & EASTAUGH, P.C.
100 NORTH WILLOW STREET
KENAI, ALASKA 99611
PHONE (907) 283-2600  FAX (907) 283-2009