Gary A. Zipkin, Esq.
GUESS & RUDD P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    793-2200
Fax:      793-2299
Email:    gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PAUL RIELAND  )<br>  )<br>     Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>RANDOLPH KENNEDY,  )<br>  )<br>     Defendant.  )<br>_____ ) | U.S. District Court Case<br>3:06-CV-00073 TMB |

STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, hereby stipulate and agree that the above-captioned action shall be dismissed in its entirety, with prejudice, each party bearing its own costs and attorney's fees, since a settlement has been reached.

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Stipulation for Dismissal
Rieland v. Kennedy; U.S.D.C. Case No. 3:06-CV-00073 TMB
Page 1 of 2

DATED at Anchorage, Alaska, this 15-th day of March, 2007.

        GUESS & RUDD P.C.
        Attorneys for Randolph Kennedy

By: _____
    Gary A. Zipkin
    Alaska Bar No. 7505048

DATED at Anchorage, Alaska, this 12-th day of March, 2007.

        ROBERTSON, MONAGLE & EASTAUGH
        Attorneys for Plaintiff

By: _____
    Blaine D. Gilman
    Alaska Bar No. 8611112

CERTIFICATE OF SERVICE
I hereby certify that on the
20 day of March, 2007, a copy
of the foregoing document was served
electronically on:

Blaine D. Gilman, Esq.
Robertson, Monagle & Eastaugh, P.C.
100 North Willow Street
Kenai, Alaska 99611

GUESS & RUDD P.C.
By: _Sherry Billings_____

F:\DATA\6039\1\pleading\24 Stipulation for Dismissal.doc

Stipulation for Dismissal
Rieland v. Kennedy; U.S.D.C. Case No. 3:06-CV-00073 TMB
Page 2 of 2

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299